IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**DIPESH SINGLA, on behalf of himself and all similarly situated individuals,**

Plaintiff,

v.

**UNITED STATES OF AMERICA, et al.**

Defendants.

Case No.: To be decided

Hon'ble Judge: TBD

Hon'ble Magistrate Judge: TBD

**NOTICE OF MOTION FOR IN FORMA PAUPERIS DETERMINATION**

**TO THE CLERK OF COURT AND HON'BLE JUDGE**

PLEASE TAKE NOTICE that Plaintiff Dipesh Singla, appearing pro se (after hon'ble judge assigned allow), hereby moves this Honourable Court for an order granting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Respectfully submitted,

Dipesh Singla, Pro Se Plaintiff
Date: October 12, 2025
Contact: (773) 457-1046
Email: dipeshsingla668@gmail.com

**VERIFICATION**

I, Dipesh Singla, hereby declare under penalty of perjury under the laws of the United States that the Notice of Motion is true and correct to the best of my knowledge, information, and belief.

Dipesh Singla