# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CIVIL DOCKET FOR CASE #: 1:25−cv−01426−JEH−RLH

| | |
|---|---|
| Singla v. United States of America et al | Date Filed: 10/14/2025 |
| Assigned to: District Judge Jonathan E Hawley | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Ronald L Hanna | Nature of Suit: 440 Civil Rights: Other |
| Cause: 18:241 Conspiracy Against Citizen Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Dipesh Singla**　　　　　　　　　　　　　　represented by　**Dipesh Singla**
*on behalf of himself and all similarly situated*　　　　　　　　　　　PRO SE
*individuals*


V.

**Defendant**

**United States of America**

**Defendant**

**State of Illinois**

**Defendant**

**Office of Civil Rights Department of Education**

**Defendant**

**Illinois Attorney General**

**Defendant**

**Chicago Police Department**

**Defendant**

**Federal Bureau of Investigation**

**Defendant**

**Office of Federal Contract Compliance Programs**

**Defendant**

**Occupational Safety and Health Administration (OSHA)**

**Defendant**

**Secretary of Labor**

**Defendant**

**Stacy McGuire**
*Acting Director, Directorate of Whistleblower Protection Programs*

**Defendant**

**Directorate of Whistleblower Protection Programs**

**Defendant**

**Department of Justice**

**Defendant**

**Department of Labor**

**Defendant**

**Equal Employment Opportunity Commission (EEOC)**

**Defendant**

**Student and Exchange Visitor Program (SEVP)**

**Defendant**

**Immigration and Customs Enforcement (ICE)**

**Defendant**

**Governor of Illinois Office**

**Defendant**

**JB Pritzker**
*Governor of Illinois*

**Defendant**

**City of Chicago**

**Defendant**

**Mayor of Chicago Office**

**Defendant**

**Brandon Johnson**
*Mayor of Chicago*

**Defendant**

**Chicago Police Superintendent Office**

**Defendant**

**Larry Snelling**
*Chicago Police Superintendent*

**Defendant**

**County of Cook**

**Defendant**

**Cook County Board of Commissioners**

**Defendant**

**Toni Preckwinkle**
*President of the Cook County Board of Commissioners*

**Defendant**

**Cook County Sheriff Office**

**Defendant**

**Thomas J. Dart**
*Cook County Sheriff*

**Defendant**

**Illinois Secretary of State**

**Defendant**

**Occupational Safety & Health Review Commission**

**Defendant**

**Elbert Thomas**
*Investigator – Chicago Police Department*

**Defendant**

**Chicago Police Bureau of Internal Affairs**

**Defendant**

**Shrivatsa Thulasiram**

**Defendant**

**University of Chicago**

**Defendant**

**University of Chicago Police Department**

**Defendant**

**Dean of the Physical Sciences Division**

**Defendant**

**Kate Biddle**
*Dean*

**Defendant**

**Ethan Mesquita**
*Dean*

**Defendant**

**Baraeh Lampert**
*Dean PSD–University of Chicago*

**Defendant**

**President of the University of Chicago**

**Defendant**

**Provost of the University of Chicago**

**Defendant**

**University of Chicago Human Resources**

**Defendant**

**Does 1–100**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2025 | 1 | COMPLAINT against All Defendants filed by Dipesh Singla. (SB) (Entered: 10/16/2025) |
| 10/14/2025 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Dipesh Singla. Responses due by 10/28/2025. (SB) (Entered: 10/16/2025) |
| 10/14/2025 | 3 | MOTIONS for Expedited Discovery, Appointment of Counsel and Other Relief by Plaintiff Dipesh Singla. Responses due by 10/28/2025. (SB) (Entered: 10/16/2025) |
| 10/17/2025 |  | TEXT ORDER: The caption of the Plaintiff's 1 Complaint identifies the "United States District Court for the District of Illinois Eastern Division". The Plaintiff states that venue "is proper in the Northern District of Illinois under 28 U.S.C. § 1391(b) as the Defendants reside, conduct business, and the events giving rise to this action occurred within this district." The named Defendants include the Chicago Police Department, the City of Chicago, the Governor of Illinois, the "Mayor of Chicago Office", the Cook County Board of Commissioners, and the University of Chicago, among many others. Both the Plaintiff's 2 Motion to Proceed IFP and 3 Motions for Expedited Discovery, Fee Waiver, Appointment of Counsel, and Other Relief identify the U.S. District Court for the Northern District of Illinois Eastern Division. It thus appears the Plaintiff mistakenly filed this lawsuit in the U.S. District Court for the Central District of Illinois Peoria Division. Pursuant to 28 U.S.C. § 1404, |

| | | the Court finds that it is in the interest of justice that the Plaintiff's case be transferred to his chosen venue. The Clerk is directed to TRANFER this case and all pending Motions to the Eastern Division of the U.S. District Court for the Northern District of Illinois. Entered by District Judge Jonathan E Hawley on 10/17/2025. (KZ) (Entered: 10/17/2025) |