

FILED
4/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EE

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

Dipesh Singla,

Case No.: 1:25-cv-12810

Plaintiff,

Hon'ble Judge: Hon'ble Sara Lee Ellis

v.

United States of America, et al.,

Defendants.

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS ACTION**

**WITHOUT PREJUDICE**

COMES NOW Plaintiff, Dipesh Singla, appearing pro se respectfully moves this Honorable Court for an Order voluntarily dismissing the above-captioned action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof states as follows:

## I.  BACKGROUND

Plaintiff initiated this action on or about October 14, 2025, by filing a Class Action Complaint against the United States of America and numerous other governmental agencies and officials, including but not limited to the State of Illinois, City of Chicago, Cook County, the Federal Bureau of Investigation, the Department of Justice, the Department of Labor, the Equal Employment Opportunity Commission, and various defendants. The Complaint alleges systematic

1

failure to investigate civil rights violations, obstruction of justice, retaliation, and related claims arising under the United States Constitution and federal statutes.

Plaintiff filed an Application to Proceed In Forma Pauperis (IFP) concurrently with the Complaint, along with a Motion for Leave to Proceed In Forma Pauperis, For Use of Electronic Communication, Marshal Service, Counsel Appointment, and to Expedite Proceedings. A Notice of Motion was filed on or about October 31, 2025, scheduling a hearing before the Honorable Judge Sara L. Ellis on November 6, 2025.

The case was assigned Case No. 1:25-cv-12810 in the United States District Court for the Northern District of Illinois, Eastern Division, and assigned to the Honorable Sara Lee Ellis, United States District Judge.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 41(a)(2) provides that, except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. A court should grant a motion for voluntary dismissal without prejudice under Rule 41(a)(2) unless the defendant will suffer some plain legal prejudice other than the mere prospect of a second lawsuit. See Hamilton v. Soto, 796 F.3d 681, 685 (7th Cir. 2015).

The Seventh Circuit has recognized that "[a] dismissal without prejudice under Rule 41(a)(2) allows the plaintiff to refile the action," and that "the key question in determining whether to grant a Rule 41(a)(2) motion is whether the defendant would suffer plain legal prejudice." Id. Factors considered by the court include: (1) the defendant's effort and expense of preparation for trial; (2) excessive delay and lack of diligence by the plaintiff in prosecuting the action; (3) insufficient explanation for the need to dismiss; and (4) whether a motion for summary judgment has been filed. See Dole v. Elliott, 235 F.3d 380, 385 (7th Cir. 2000).

In the present case, none of these prejudicial factors are present. The action was only recently filed, no discovery has been conducted, no summary judgment motion has been filed, and no significant litigation costs have been incurred by the defendants.

## IV. REQUEST THAT DISMISSAL BE WITHOUT PREJUDICE

Plaintiff respectfully requests that this Court enter an Order of dismissal without prejudice. A dismissal without prejudice is appropriate where, as here, the dismissal is sought in the early stages of litigation, no prejudice to defendants will result, and the plaintiff has demonstrated valid reasons for seeking dismissal. See, e.g., Sime v. A. & A. Pest Control, Inc., 485 F. Supp. 2d 845, 848 (N.D. Ill. 2007) (granting voluntary dismissal without prejudice where plaintiff sought dismissal to refile in a different forum).

## V. WHEREFORE

WHEREFORE, Plaintiff Dipesh Singla respectfully requests that this Honorable Court:

a. Grant Plaintiff's Motion to Voluntarily Dismiss this Action Without Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2);

b. Enter an Order of Dismissal Without Prejudice as to all parties and all claims in the above-captioned action;

c. Grant such other and further relief as this Honorable Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of April, 2026 (India date), I caused a true and correct copy of the foregoing Motion to be filed electronically with the Pro se filing portal, and that service will be effected upon all parties of record in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Illinois.

Dipesh Singla
Pro Se Plaintiff

*Respectfully submitted,*

_____

Dipesh Singla
Pro Se Plaintiff (Not attorney)
dipeshsingla668@gmail.com
+1 (773) 457-1046